### 9470.　MORRISON *v.* THE STATE.

BLOODWORTH, J.　The motion for a new trial in this case contained only the general grounds.　There was ample evidence to support the verdict.
*Judgment affirmed.　Broyles, P. J., and Harwell, J., concur.*
DECIDED APRIL 2, 1918.

Indictment for seduction; from Fulton superior court—Judge Hill.

*R. R. Shropshire,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens,* contra.